CmmC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Linda Joyce ESWORTHY,<br><br>　　　　Defendant. | Magistrate Case No. '21 MJ3662<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about September 5, 2021, within the Southern District of California, Defendant, Linda Joyce ESWORTHY, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Ana Yeni BARRERA Cruz and Rosalba MARTINEZ Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th of September 2021.

_____
HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## AMENDED PROBABLE CAUSE STATEMENT

The complainant states that Ana Yeni BARRERA Cruz and Rosalba MARTINEZ Cruz, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On September 5, 2021, at approximately 10:52 P.M., Linda Joyce ESWORTHY (Defendant), a United States citizen, entered the United States from Mexico through the San Ysidro, California Port of Entry as the driver and sole visible occupant of a blue Toyota Corolla, bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant did not present any documents and stated she was a United States citizen. CBP Officer asked Defendant her purpose of traveling to Mexico and if she was bringing anything back from Mexico. Defendant stated she was in Mexico looking for a place to rent and that she was not bringing anything back from Mexico. CBP Officer noticed that Defendant only had one outbound crossing and asked Defendant where she was heading. Defendant stated she was heading to Bakersfield area. CBP Officer asked Defendant to open her trunk and Defendant stated "its broken so I had to tie it down". CBP Officer referred Defendant and vehicle into vehicle secondary due to her inconsistencies with her story, travel and not being able to fully inspect the trunk area.

In secondary, inspection of the vehicle revealed two females concealed within the trunk of the vehicle. CBP Officers responded and extracted the females from the vehicle. The females found within were later identified as, Ana Yeni BARRERA Cruz (Material Witness 1) and Rosalba MARTINEZ Cruz (Material Witness 2), both citizens and nationals of Mexico with no entitlements to enter, reside or pass through the United States.

At approximately 1:50 A.M, Defendant was advised of her Miranda Rights and elected to make a statement. Defendant stated once in Mexico she met up with a friend who offered her $8,000 USD to smuggle two females into the United States. Defendant stated upon successful entry, she would drop off the individuals at the nearest McDonalds in San Ysidro, California. Defendant stated she knew it was illegal to smuggled undocumented aliens into the United States.

During video-recorded interviews, Material Witnesses admitted they are citizens of Mexico with no legal documents to enter the United States. MW1 stated she was going to San Jose, California to reside with family, seek employment and was going to pay $19,000 U.S. dollars upon successful entry. MW2 stated she was going to Seattle, Washington to reside with family, seek employment and was going to pay $18,000 U.S. dollars upon successful entry. Both Material Witnesses stated they made their own smuggling arrangements.